# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

William Richard Fischer,

                           Debtor.                  BKY 12-42128

-------------------------------------------

Suzanne D. Jackson,                   ADV 12-4183

                          Plaintiff,

v.                                   ORDER DENYING
                                   CONTINUANCE OF TRIAL

William Richard Fischer,

                        Defendant.

At Minneapolis, Minnesota, September 24, 2013.

        The parties have filed a stipulation requesting that the trial in this adversary proceeding be continued.  The plaintiff filed her complaint over fourteen months ago on July 7, 2012.  Trial was originally set for November 5, 2012, and at the request of the parties, it has been continued to March 4, 2013, September 16, 2013, and December 9, 2013.  The stipulation really contains no basis for continuing the trial and the time has come for the constant delays to stop and for this matter to be tried.

        THEREFORE, IT ORDERED: The parties stipulation requesting that the trial be continued is denied.

                      /e/ Robert J. Kressel
                      ROBERT J. KRESSEL
                      UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/24/2013
Lori Vosejpka, Clerk, by LH